A Plus Process Service, Inc.
Suitable Age Service

# SUPREME COURT OF THE STATE OF NEW YORK
## COUNTY OF KINGS

### AFFIDAVIT OF SERVICE

*1153673*

Index no : 515893/2020
Date of Purchase: 08/27/2020
Office No:

| Plaintiff(s): | CAVALRY SPV I LLC |
|---|---|
| Defendant(s): | JACOB SABBAGH |

STATE OF NEW YORK COUNTY OF NASSAU    ss.:
I (Mahmoud Nassar) being duly sworn deposes and says I am over the age of 18 and reside in New York State.

On **09/15/2020** at 8:28 AM, I served the within **SUMMONS AND VERIFIED COMPLAINT** on **JACOB SABBAGH** at **1424 E 13TH ST, APT. 2, Brooklyn, NY 11230-6604** in the manner indicated below:

By delivering and leaving a true copy or copies of the aformentioned documents with said **Jane Doe, CO-OCCUPANT** a person of suitable age and discretion. Person spoken to stated that said premises is intended recipients residence within the state.

Comments: **Confirmed Jacob lives at location**

A description of the **Defendant(s)**, or other person served on behalf of the **Defendant(s)** is as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | White | Black/Brown | 35-50 | 5ft 4- 5ft 8 | 161-180lbs |
| Other Features: Wears glasses, Refused Name | | | | | |

On **09/16/2020** I deposited in the United States mail a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **Defendant(s)** at **1424 E 13TH ST, APT. 2, Brooklyn, NY 11230-6604**. That address being the **last known residence, usual place of abode of the Defendant(s)**. Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or on active duty in the military service of the State of New York or a dependant or anybody in the military and was told defendant and/or present occupant was not.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to and subscribed before me on
09/16/2020

Alyssa Erales
Notary Public, State of New York
No. 01ER6400556
Qualified in Queens County
My Commission Expires 11/18/23

X Mahmoud Nassar
License#: 2066935
A PLUS PROCESS SERVICE
PO BOX 582
GUILDERLAND, NY 12084
518-470-6552 Clerk: Clerk5