**Department of Corrections and Community Supervision**

Visitors    *Inmate Lookup*

# Inmate Lookup

## Inmate Information

[Inmate Information Data Definitions](#) are provided for most of the elements listed below. When a detailed definition is available for a specific element, you may click on the element's label to view it.

| Identifying and Location Information<br>As of 07/04/21 ||
|---|---|
| [DIN (Department Identification Number)](#) | 18R2129 |
| Inmate Name | SABBAGH, JACOB |
| Sex | MALE |
| Date of Birth | 07/01/1982 |
| [Race / Ethnicity](#) | WHITE |
| [Custody Status](#) | RELEASED |
| [Housing / Releasing Facility](#) | HUDSON |
| [Date Received (Original)](#) | 09/18/2018 |

| | |
|---|---|
| Date Received (Current) | 09/18/2018 |
| Admission Type | |
| County of Commitment | KINGS |
| Latest Release Date / Type (Released Inmates Only) | 04/08/21 PAROLE - COND REL TO PAROLE |

**Crimes of Conviction**
If all 4 crime fields contain data, there may be additional crimes not shown here. In this case, the crimes shown here are those with the longest sentences.
As of 07/04/21

| Crime | Class |
|---|---|
| COURSE SEX CONDUCT-CHILD 2ND | D |
| | |
| | |
| | |

**Sentence Terms and Release Dates**
Under certain circumstances, an inmate may be released prior to serving his or her minimum term and before the earliest release date shown for the inmate.
As of 07/04/21

| | |
|---|---|
| Aggregate Minimum Sentence | 0000 Years, 00 Months, 00 Days |
| Aggregate Maximum Sentence | 0003 Years, 00 Months, 00 Days |
| Earliest Release Date | |
| Earliest Release Type | |

| | |
|---|---|
| Parole Hearing Date | 01/2021 |
| Parole Hearing Type | RELEASE CONDITIONS |
| Parole Eligibility Date | |
| Conditional Release Date | 03/28/2021 |
| Maximum Expiration Date | 09/04/2021 |
| Maximum Expiration Date for Parole Supervision | |
| Post Release Supervision Maximum Expiration Date | 04/08/2024 |
| Parole Board Discharge Date | |

**Department of Corrections and Community Supervision**

Accessibility    Contact Us    Disclaimer

Language Access    Privacy Policy